IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JARED GAUMER, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   Case No. 1:21-cv-06063 ) ) |
| NORTHROP GRUMMAN CORPORATION, | ) ) ) |
|       Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jared Gaumer, by and through his attorneys, Lopp Mathias Law, pursuant to Federal Rules of Civil Procedure 41(a), issues this Notice of Voluntary Dismissal whereby the action is dismissed by without prejudice.


By:    /s/ *Megan Lopp Mathias*
             One of his Attorneys

Megan Lopp Mathias (#6280497)
LOPP MATHIAS LAW
1030 W. Chicago, Avenue
Chicago, IL 60642
(312) 882-5458
megan@loppmathiaslaw.com